# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : |
| | :     **5:05-CR-18 (WDO)** |
| **HENRY C. MOORE, III,** | : |
| | : |
| **Defendant** | : |

## ORDER

Defendant pled guilty to making false statements to the Railroad Retirement Board and receiving annuity payments to which he was not entitled totaling $60,514.00. On March 21, 2006, Defendant was sentenced to five years of supervised release with the first six months to be served as in-home detention and restitution in the amount of $60,514.00. On July 18, 2006, Defendant filed a motion requesting the Court to correct the sentence imposed and "check the box" indicating that Defendant is not required to pay interest on the restitution. Defendant argues that the evidence presented in the presentence report and at the sentencing hearing shows he is unable to pay interest on the restitution. The issue of interest was not addressed or objected to in any way before or during the sentencing hearing.

Defendant's motion should be denied for several reasons. First, pursuant to Federal Criminal Rule 35, Defendant had only seven days to file a motion to correct the sentence for arithmetic, technical or other clear error. This 7-day time limit is jurisdictional. United States v. Wellington, 151 Fed.Appx. 739, 741, 2005 WL 2136354 (11th Cir. 2005). Second, there has been no motion by the Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1) nor

has the term of imprisonment been subsequently lowered pursuant to § 3582(c)(2).  Id. at 740.  Third, there has been no "substantial assistance" motion by the government.  United States v. McGranahan, 168 Fed.Appx. 934, 936, 2006 WL 460929 (11th Cir. 2006).  Finally, because the relief the Defendant seeks would be a substantive change rather than a clerical change to the sentence imposed, he may not seek relief pursuant to Rule 36.  Id. at 937.  Defendant's motion to alter his sentence is DENIED.

      **SO ORDERED this 1st day of August, 2006.**

      **S/**
      **WILBUR D. OWENS, JR.**
      **UNITED STATES DISTRICT JUDGE**